UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOSEPH HEIDEBUR, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 4:02CV705 RWS |
| ) | |
| JAMES PURKETT, ) | |
| ) | |
| Respondent. ) | |

## JUDGMENT

In accordance with the Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Joseph Heidebur's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254 is **DENIED**.

**IT IS FURTHER ORDERED** that as Heidebur has not made a substantial showing of a denial of a constitutional right I will not issue a certificate of appealability.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 15th day of February, 2006.